# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ADAM KANUSZEWSKI, et al,
   *Plaintiffs*,

     v.

MICHIGAN DEPARTMENT OF
HEALTH AND HUMAN
SERVICES, et al,
   *Defendants*
_____/

Case No.: 18-cv-10472

Hon. Thomas L. Ludington,
   District Court Judge

Hon. Patricia T. Morris,
   Magistrate Judge

PHILIP L. ELLISON (P74117)
Outside Legal Counsel PLC
Counsel for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

JEREMY C. KENNEDY (P64821)
JEROLD LAX (P16470)
Pear Sperling Eggan & Daniels, PC
Counsel for Michigan Neonatal
BioBank Inc and Dr. Antonio
Yancey (Personal Capacity)
24 Frank Lloyd Wright Dr, #D2000
Ann Arbor, MI 48105
(734) 665-4441
jkennedy@psedlaw.com
jlax@psedlaw.com

CHRISTOPHER L. KERR (P57131)
THOMAS S. MARKS (P69868)
Assistant Attorneys General
Michigan Dept of Attorney General
Corporate Oversight Division
Attorneys for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 373-1160

THOMAS F. CAVALIER (P34683)
Office of the General Counsel
Wayne State University
Counsel for Dr. Antonio Yancey
(Personal Capacity)
656 W. Kirby, 4249 FAB
Detroit, MI 48202
(313) 577-2268
thomas.cavalier@wayne.edu

**RESPONSE TO BIOBANK/YANCEY
DEFENDANTS' MOTION TO DISMISS**

1

NOW COME Plaintiffs, by counsel, and requests Defendants Michigan Neonatal Biobank and Dr. Antonio Yancey's collective motion to dismiss [**ECF Nos. 15, 17**] be immediately denied as moot. On April 30, 2018, Plaintiffs filed their First Amended Complaint adding and/or revising allegations, adding newly discovered facts, attaching additional exhibits, and adding an additional claim against the Biobank. **ECF No. 26.** Fed. R. Civ. P. 15(a)(1)(B) allows a party to amend a pleading as a matter of course within 21 days of being served a motion under Rule 12(b). "An amended complaint supersedes an earlier complaint for all purposes." *Calhoun v. Bergh*, 769 F.3d 409, 410 (6th Cir. 2014). As the undersigned understands it, "when an amended complaint is filed, the prior complaint is superseded and rendered moot," and then "motions directed at the superseded pleading generally are to be denied as moot." *Tiffany v. Mich Dep't. of Health and Human Servs.*, 2015 U.S. Dist. LEXIS 126368, at *2 (E.D. Mich, Sep. 22, 2015)(LUDINGTON, J.)(citing *Smith & Nephew Inc. v. Fed. Ins. Co.*, 113 F. App'x 99, 102 (6th Cir. 2004) and *Mize v. Blue Ridge Bank*, No. 8:12-CV-2763-JMC-JDA, 2013 WL 1766659, at *1 (D.S.C. Feb. 12, 2013) (collecting cases));[1] see also *Ling v. Twp of Richland*, 2015 U.S. Dist. LEXIS 10831, at *3 (ED Mich, Jan. 30, 2015)(same).

---

[1] *Tiffany* is attached as **Exhibit A**; *Ling* is attached as **Exhibit B.**

Based on this Court's prior established practice under *Tiffany* and *Ling*, the motion to dismiss [**ECF Nos. 15, 17**] seeking dismissal against the original pleading [**ECF No. 3**] should be denied and these Defendants must now either answer the First Amended Complaint [**ECF No. 26**] or file a new motion to dismiss. If the Court desires any other process,[2] this Court is requested to direct the parties on how to proceed.[3] Otherwise, the hearing date of July 25, 2018 should be cancelled light of the filing of the First Amended Complaint.

## RELIEF REQUESTED

WHEREFORE, the motion to dismiss pursuant to Rule 12(b)(6) [**ECF Nos. 15, 17**] should be denied as moot. If the Court desires any other process, the Court is requested to so direct the parties.

---

[2] In *Ling*, for example, the Court provided the local government defendants the option to file a notice on the docket indicating its intent for the original motion to still be considered if those parties believed its motion to dismiss, as currently filed, can be appropriately directed at the Amended Complaint. Perhaps this Court would be prepared to offer the Biobank Defendants this same option. If so, the Court is asked to so direct the parties.

[3] Plaintiffs are prepared to address the erroneous arguments of the Biobank Defendants should this Court desire to address them despite its normal dismiss-as-moot process outlined in *Tiffany*.

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

Date: May 2, 2018                    RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
**OUTSIDE LEGAL COUNSEL PLC**
**PHILIP L. ELLISON (P74117)**
Counsel for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney of record, hereby certify that on the date stated below, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel or parties of record.

Date: May 2, 2018                    RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
**OUTSIDE LEGAL COUNSEL PLC**
**PHILIP L. ELLISON (P74117)**
Counsel for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com