UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| ADAM KANUSZEWSKI and ASHLEY KANUSZEWSKI as parent-guardians and next friend to their minor children, D.W.L., R.F.K., and C.K.K.; SHANNON LAPORTE, as parent-guardian and next friend to her minor children, M.T.L. and E.M.O.; and LYNNETTE WIEGAND, as parent-guardian and next friend to her minor children, L.R.W., C.J.W., H.J.W., and M.L.W., <br><br> Plaintiffs, <br><br> v <br><br> MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES; NICK LYON, sued in his official and individual capacities; DR. SANDIP SHAH, sued in his official and individual capacities; DR. SARAH LYON-CALLO, sued in her official and individual capacities; HARRY HAWKINS, sued in his official and individual capacities; MARY KLEYN, sued in her official and individual capacities; MICHIGAN NEONATAL BIOBANK, INC also known as MICHIGAN NEONATAL BIOREPOSITORY; DR. ANTONIO YANCEY, sued in his official and individual capacities, <br><br> Defendants. | No. 18-cv-10472 <br><br> HON. THOMAS L. LUDINGTON <br><br> MAG. JUDGE PATRICIA T. MORRIS <br><br> **STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

_____/

Philip L. Ellison (P74117)
Attorney for Plaintiffs
Outside Legal Counsel PLC
P.O. Box 107
Hemlock, MI 48626
(989) 642-0055

Christopher L. Kerr (P57131)
Thomas S. Marks (P69868)
Aaron W. Levin (P81310)
Attorneys for State Defendants
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-1160

Thomas F. Cavalier (P34683)
Attorney for Dr. Antonio Yancey, in his individual capacity only
Office of the General Counsel
Wayne State University
656 W. Kirby, 4249 FAB
Detroit, MI 48202
(313) 577-2268

Jerold Lax (P16470)
Jeremy C. Kennedy (P64821)
Attorneys for Michigan Neonatal BioBank, Inc. and
 Dr. Antonio Yancey, in his capacity as Director of the Michigan
 Neonatal BioBank, Inc. only
Pear Sperling Eggan & Daniels PC
24 Frank Lloyd Wright Drive, Suite D2000
Ann Arbor, MI 48105
(734) 665-4441

_____/

## STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

## STIPULATION

The parties to this matter, by and through their respective counsel, hereby STIPULATE AND AGREE that all previously-served Defendants for which counsel have appeared shall have an additional fifteen (15) days, or until May 29, 2018, to file their response to Plaintiffs' First Amended Complaint dated April 30, 2018 (ECF No. 26).

Dated: 5/10/18     /s/ Philip L. Ellison (*w/ permission*)
Philip L. Ellison (P74117)
Attorney for Plaintiffs

Dated: 5/10/18     /s/ Christopher L. Kerr
Christopher L. Kerr (P57131)
Thomas S. Marks (P69868)
Aaron W. Levin (P81310)
Attorneys for State Defendants

Dated: 5/10/18     /s/ Thomas F. Cavalier (*w/ permission*)
Thomas F. Cavalier (P34683)
Attorney for Dr. Antonio Yancey (in his individual capacity)

Dated: 5/10/18     /s/ Jeremy C. Kennedy (*w/ permission*)
Jerold Lax (P16470)
Jeremy C. Kennedy (P64821)
Attorneys for BioBank and Dr. Antonio Yancey (as BioBank Director)

# ORDER

Based on the foregoing Stipulation, it is ORDERED that all previously-served Defendants for which counsel have appeared shall have an additional fifteen (15) days, or until **May 29, 2018,** to file their response to Plaintiffs' First Amended Complaint dated April 30, 2018 (ECF No. 26).

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: May 11, 2018

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 11, 2018.

                               s/Kelly Winslow
                               KELLY WINSLOW, Case Manager