UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KANUSZEWSKI, et al.

          Plaintiffs,          Case. No. 18-cv-10472

v.          Honorable Thomas L. Ludington
          Magistrate Judge Patricia T. Morris

MICHIGAN DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.

          Defendants.
_____/

## ORDER GRANTING MOTION FOR A PAGE EXTENSION

Defendants request a 10 page increase in their page limitation for their upcoming motion to dismiss, and have provided good cause for the request. The request will be granted and Plaintiff will be extended the same courtesy.

Accordingly, it is **ORDERED** that the motion, ECF No. 29, is **GRANTED**, and Defendants may file a 35 page brief in support of their motion.

It is further **ORDERED** that Plaintiffs may file a 35 page response.

          s/Thomas L. Ludington
          THOMAS L. LUDINGTON
          United States District Judge

Dated: May 24, 2018

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 24, 2018.

          s/Kelly Winslow
          KELLY WINSLOW, Case Manager