UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Adam Kanuszewski, et al

                    Plaintiff(s),                    Case No.  18-cv-10472

v.                                                   Judge  Thomas L. Ludington

Michigan Department of Health and Human              Magistrate Judge  Patricia T. Morris
Services, et al

                    Defendant(s).
_____/


### NOTICE OF APPEAL

        Notice is hereby given that  All Plaintiffs_____ appeals to

the United States Court of Appeals for the Sixth Circuit from the:     ☑ Judgment     ☐ Order

☐ Other: _____

entered in this action on  August 8, 2018_____.


Date:  August 8, 2018                     /s/ Philip L. Ellison
                                          _____

Counsel is:  RETAINED                     P74117
                                          Outside Legal Counsel PLC
                                          PO Box 107
                                          Hemlock, MI 48626
                                          (989) 642-0055
                                          pellison@olcplc.com


Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your
$505.00 check payable to:  Clerk, U.S. District Court.