# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ADAM KANUSZEWSKI, et al,
   *Plaintiffs*,

v.

MICHIGAN DEPARTMENT OF
HEALTH AND HUMAN
SERVICES, et al,
   *Defendants*
_____/

Case No.: 18-cv-10472

Hon. Thomas L. Ludington,
   District Court Judge

Hon. Patricia T. Morris,
   Magistrate Judge

PHILIP L. ELLISON (P74117)
Outside Legal Counsel PLC
Counsel for Plaintiffs
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

JEREMY C. KENNEDY (P64821)
JEROLD LAX (P16470)
Pear Sperling Eggan & Daniels, PC
Counsel for Michigan Neonatal
BioBank Inc and Dr. Antonio
Yancey (Personal Capacity)
24 Frank Lloyd Wright Dr, #D2000
Ann Arbor, MI 48105
(734) 665-4441
jkennedy@psedlaw.com
jlax@psedlaw.com

CHRISTOPHER L. KERR (P57131)
THOMAS S. MARKS (P69868)
Assistant Attorneys General
Michigan Dept of Attorney General
Corporate Oversight Division
Attorneys for State Defendants
P.O. Box 30755
Lansing, MI 48909
(517) 373-1160

THOMAS F. CAVALIER (P34683)
Office of the General Counsel
Wayne State University
Counsel for Dr. Antonio Yancey
(Personal Capacity)
656 W. Kirby, 4249 FAB
Detroit, MI 48202
(313) 577-2268
thomas.cavalier@wayne.edu

## STIPULATION FOR ENTRY OF
## ORDER TO FILE CORRECTED BRIEF

NOW COME Plaintiffs, by attorney Philip L. Ellison, and Defendants Michigan Neonatal BioBank Inc and Dr. Antonio Yancey, by attorney Jeremy C. Kennedy, and hereby stipulate to entry of the attached order.

Date: November 16, 2018    /s/ Philip L. Ellison
                           Counsel for Plaintiffs


Date: November 16, 2018    /s/ Jeremy C. Kennedy
                           Counsel for Michigan Neonatal BioBank
                           Inc and Dr. Antonio Yancey

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ADAM KANUSZEWSKI, et al,
    *Plaintiffs*,

Case No.: 18-cv-10472

v.

Hon. Thomas L. Ludington

MICHIGAN DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al,
    *Defendants*
_____/

**ORDER ACCEPTING STIPULATION IN PART AND DIRECTING PLAINTIFF
TO FILE A SUPPLEMENT**

On November 16, the parties submitted a stipulation to file a corrected brief. The stipulation notes that the response brief [ECF No. 59] to the Biobank and Yancey Defendants' "*Motion for Costs and Attorney's Fees Under Fed.R.Civ.P.* 54" [ECF No. 55] incorrectly makes reference to "State Defendants" rather than "Biobank Defendants." The stipulation also notes that this occurred in the document's title and also in a few references in the body of the filing. The stipulation provides for Plaintiff to file a corrected brief addressing those errors but keeping the substance of the brief the same. It will be sufficient for Plaintiff to simply file a supplement indicating by page number, paragraph and line where the errors occurred. There is no need to file another brief.

Accordingly, it is **ORDERED** that the Stipulation is **ACCEPTED IN PART** and Plaintiff is **DIRECTED** to file the supplement by **November 26, 2018**.

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: November 20, 2018

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 20, 2018.

                                        s/Kelly Winslow
                                        KELLY WINSLOW, Case Manager