# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 29, 2018

Mr. Thomas F. Cavalier
Wayne State University
656 W. Kirby, 4249 F.A.B.
Detroit, MI 48202

Mr. Philip Lee Ellison
Law Office
P.O. Box 107
Hemlock, MI 48626

Mr. Jeremy C. Kennedy
Mr. Jerold D.E. Lax
Pear, Sperling, Eggan & Daniel
24 Frank Loyd Wright Drive, Suite D-2000
Ann Arbor, MI 48105-0000

Mr. Christopher L Kerr
Office of the Attorney General of Michigan
P.O. Box 30217
Lansing, MI 48116

Mr. Aaron Warren Levin
Office of the Attorney General of Michigan
P.O. Box 30755
Lansing, MI 48909

Mr. Thomas Steven Marks
Office of the Attorney General of Michigan
525 W. Ottawa Street
Lansing, MI 48909

Re: Case No. 18-1896, *Adam Kanuszewski, et al v. MI Dept. HHS, et al*
Originating Case No.: 1:18-cv-10472

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. David J. Weaver

Enclosure

No. 18-1896

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ADAM KANUSZEWSKI and ASHLEY KANUSZEWSKI, as parent-guardians and next friend to their minor children D.W.L., R.F.K., and C.K.K., et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MICHIGAN DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants-Appellees, <br><br> HARRY HAWKINS, sued in his official capacity only, <br><br> Defendant. | **FILED** <br> Nov 29, 2018 <br> DEBORAH S. HUNT, Clerk <br><br> O R D E R |

In this appeal, the defendants filed three separate appellee briefs. The plaintiffs move for guidance on their reply briefs or, alternatively, to extend the word limitation and grant additional time to resubmit a single reply brief. Before a ruling on the motion, the plaintiffs filed a third reply brief. The State of Michigan defendants respond that additional briefing is unwarranted.

The court's briefing schedules generally require that a single reply brief be filed after the *last* appellee brief is filed. In this case, however, confusion arose from extensions of the original briefing schedule.

In view of that and in the interest of expediency, the reply briefs are accepted as filed.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

_____
Deborah S. Hunt, Clerk