## Notice of Appeal
## to the United States Court of Appeals for the Sixth Circuit
## from a Judgment of the District Court

United States District Court
for the Eastern District of Michigan
Docket Number 18-10472

ADAM KANUSZEWSKI and ASHLEY
KANUSZEWSKI as parent-guardians and
next friend to their minor children, D.W.L.,
R.F.K., and C.K.K.; SHANNON LAPORTE,
as parent-guardian and next friend to her
minor children, M.T.L. and E.M.O.; and
LYNNETTE WIEGAND, as parent-
guardian and next friend to her minor
children, L.R.W., C.J.W., H.J.W., and
M.L.W.,

                                             **Joint Notice of Appeal**

          Plaintiffs,

v.

Michigan Department of Health and
Human Services, Director Elizabeth Hertel,
Dr. Sandip Shah, Dr. Sarah Lyon-Callo,
Mary Kleyn, the Michigan Neonatal
Biobank, Inc., a/k/a Michigan Neonatal
Biorepository, and Christopher Klein,

          Defendants.

Pursuant to Federal Rule of Appellate Procedure 3(b), all defendants jointly appeal
to the United States Court of Appeals for the Sixth Circuit from the amended final
judgment entered on July 31, 2023.


/s/ Jeremy Kennedy
Attorney for Michigan Neonatal
BioBank and Christopher Klein
Pear Sperling Eggan & Daniels,
P.C.
24 Frank Lloyd Wright Dr., Ste.
D-2000
Ann Arbor, MI 48105

Daniel J. Ping (P81482)
Attorney for all other defendants
Michigan Dep't of Attorney General
P.O. Box 30736
Lansing, MI 48909
(517) 335-7632