UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ADAM KANUSZEWSKI, et al,

      Plaintiff,

v.

MICHIGAN DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
et al,

      Defendant.

Case No. 18-cv-10472

Honorable Robert J. White

## REVISED FINAL JUDGMENT

In accordance with the Opinion issued by the Sixth Circuit, it is Ordered and Adjudged that:

1. This Judgment does not vacate, modify, supersede, or otherwise disturb the Partial Consent Judgment entered on May 16, 2022, ECF No. 209. The Partial Consent Judgment remains in full force according to its terms, including its provisions concerning Parent Spots, its limitation to Parent Spot claims, and its reservation regarding Plaintiffs' status and timing for any motion for attorney's fees and costs under 42 U.S.C. § 1988.

1

2. For avoidance of uncertainty, the vacatur in Paragraph 4 applies only to the injunctive relief concerning stored data addressed by the Sixth Circuit's disposition. It does not apply to the obligations, releases, reservations, or relief embodied in the Partial Consent Judgment.

3. Judgment is entered in favor of Defendants and against Plaintiffs on all remaining claims.

4. The Court's prior injunctive relief requiring Defendants to destroy stored data is VACATED.

5. Because no claims remain for adjudication apart from matters preserved by the Partial Consent Judgment and any post-judgment proceedings authorized by law or prior order, this Judgment is final and closes the above-captioned case.

6. Consistent with LR 54.1.2, any motion for attorney fees and related non-taxable expenses pursuant to Fed.R.Civ.P. 54(d)(2) must be filed no later than 28 days after entry of this judgment or as otherwise ordered by the Court.

7. The Parties have stipulated to the entry of this Revised Final Judgment This is a final order and closes the above-captioned case.

**IT IS SO ORDERED.**

Dated: July 8, 2026                    s/ Robert J. White
                                       Robert J. White
                                       United States District Judge

2